**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO**. **23-81029-CIV-CANNON/Reinhart**

**PETER TOROCSIK**,

     Plaintiff,

v.

**PALM BEACH COUNTY** and
**CITY OF BOYNTON BEACH**,

     Defendants.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT**
**AND RECOMMENDATION; GRANTING IN PART DEFENDANTS' MOTION TO**
**DISMISS; AND CLOSING CASE**

     **THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Defendants' Joint Motion to Dismiss and Motion to Quash Service (the "Report"), issued on March 15, 2024 [ECF No. 38]. The Report recommends that this Court grant the Joint Motion to the extent it seeks dismissal with prejudice of Plaintiff's Second Amended Section 1983 Complaint, and to deny the Joint Motion to the extent it seeks to quash service of process pursuant to Federal Rule of Civil Procedure 12(b)(5) [ECF No. 38]. Plaintiff timely filed a document labeled "Objection" to the Report, but it consists of a disjointed and rambling narrative that does not pinpoint any particular objection to the Report [ECF No. 40]. Defendants subsequently responded to Plaintiff's unspecified "Objection" [ECF No. 41].

     Upon full review, it is **ORDERED AND ADJUDGED** as follows:

1. The Report is **ACCEPTED** [ECF No. 38].

2. Defendants' Joint Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report [ECF No. 38].

CASE NO. 23-81029-CIV-CANNON/Reinhart

3.  No additional discussion of Plaintiff's incomprehensible "Objection" is warranted.

4.  Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE** [ECF No. 11] and without further leave to amend.

5.  The Clerk is directed to **CLOSE** this case.

6.  The Clerk is directed to mail a copy of this Order to Plaintiff at the address listed below.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of April 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     Peter Torocsik
        234 Rutland Boulevard
        West Palm Beach, Florida 33405
        PRO SE